No. 63564.—B. & F. Antique Silver, Ltd., and American Shipping Co. et al. *v.* United States, protests 169182–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, except that they are plated with gold, the claim of the plaintiffs was sustained.

No. 63565.—Beer Stern Import Corp. et al. *v.* United States, protests 280609–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 4, 1959

No. 63566.—Popper Morson Co. et al. *v.* United States, protests 132212–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.